**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV-07-604-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| M&Z Development, Inc. Et al., | ) | |
| Defendant. | ) | |

Having received Plaintiff's Notice of Voluntary Dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this case.

DATED this 29th day of June, 2007.

Stephen M. McNamee
United States District Judge